| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnston, John T. | 2. Court or Organization<br><br>United States District Court, Montana | 3. Date of Report<br><br>05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>125 Central Avenue West, Suite 311<br>Great Falls, Montana 59404 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Joyce & MacDonald Retirement Plan with former law firm, no control. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Joyce & MacDonald - payment for fees earned in law firm prior to appointment | $53,308.62 |
| 2. 2015 | Caesars Palace, Las Vegas, Nevada - slot machine | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Montana Tech of the University of Montana - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | First Montana Bank Joint Savings and Checking Account | A | Interest | J | T | | | | | |
| 2. | Brokerage Account #1 | | | | | | | | | |
| 3. | - Abbott (common stock) | A | Dividend | J | T | | | | | |
| 4. | - Abbvie (common stock) | A | Dividend | J | T | | | | | |
| 5. | - Apple (common stock) | A | Dividend | K | T | | | | | |
| 6. | - Chevron (common stock) | A | Dividend | J | T | | | | | |
| 7. | - Coca-Cola (common stock) | A | Dividend | J | T | | | | | |
| 8. | - Intel (common stock) | A | Dividend | J | T | | | | | |
| 9. | - Stifel Insured Bank Program | A | Interest | J | T | | | | | |
| 10. | Roth IRA #1 | | | | | | | | | |
| 11. | - Clearbridge Aggressive Growth (mutual fund) | | None | J | T | | | | | |
| 12. | Roth IRA #2 | | | | | | | | | |
| 13. | - Clearbridge Aggressive Growth (mutual fund) | | None | J | T | | | | | |
| 14. | Trust #1 | | | | | | | | | |
| 15. | - Chevron (common stock) | A | Dividend | | | Distributed | 05/21/15 | J | B | |
| 16. | - Johnson & Johnson (common stock) | A | Dividend | | | Distributed | 05/21/15 | J | C | |
| 17. | - Isured Bank Program | A | Interest | | | Distributed | 05/21/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #2 | | | | | | | | | |
| 19. - Apple (common stock) | A | Dividend | K | T | | | | | |
| 20. - Royal Alliance Associates Money Market | A | Interest | J | T | | | | | |
| 21. - Goldman Sachs (common stock) | A | Dividend | K | T | | | | | |
| 22. - Ishares TR Core S&P 500 (mutual fund) | A | Dividend | J | T | | | | | |
| 23. - Ishares TR MSCI EAFE (mutual fund) | A | Dividend | | | Sold | 08/06/15 | J | A | |
| 24. - Ishares Russell 2000 (mutual fund) | A | Dividend | J | T | | | | | |
| 25. - Ishares TR S&P 100 (mutual fund) | A | Dividend | J | T | | | | | |
| 26. - Ishares Select Dividend (mutual fund) | A | Dividend | J | T | | | | | |
| 27. - Lear Corp. (common stock) | A | Dividend | | | Sold | 08/06/15 | J | D | |
| 28. - Microsoft (common stock) | A | Dividend | J | T | | | | | |
| 29. - Nicholas Equity Income (mutual fund) | A | Dividend | | | Sold | 08/06/15 | J | A | |
| 30. - Tinity Inc. (common stock) | A | Dividend | | | Sold | 08/06/15 | J | C | |
| 31. - Vanguard Total International Stock Index Fund (mutual fund) | | | | | Sold | 03/23/15 | J | A | |
| 32. - New World Fund (mutual fund) | | | J | T | Buy | 03/26/15 | J | | |
| 33. - New World Fund (nutual fund) | | | | | Sold | 08/06/15 | J | A | |
| 34. 401K #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Oakmark International II (mutual fund) | | None | M | T | | | | | |
| 36. - RidgeWorth Small Cap Growth Stock I (mutual fund) | | None | | | Sold | 05/26/15 | L | | |
| 37. - ClearBridge Small Cap A (mutual fund) | | None | L | T | Buy | 05/26/15 | L | | |
| 38. - Thompson Bond Fund (mutual fund) | | None | L | T | | | | | |
| 39. - Great-West Templeton Global Bond Fund (mutual fund) | | None | L | T | | | | | |
| 40. - Invesco International Growth Fund (mutual fund) | | None | K | T | | | | | |
| 41. - Lord Abbett Value Opportunities A (mutual fund) | | | | | Sold | 05/26/15 | M | | |
| 42. - American Century Mid Cap Value | | None | M | T | Buy | 05/26/15 | M | | |
| 43. - Alger Capital Appreciation Inst. I (mutual fund) | | None | M | T | | | | | |
| 44. - BlackRock Equity Dividend A (mutual fund) | | None | L | T | | | | | |
| 45. - Franklin High Income R (mutual fund) | | None | L | T | | | | | |
| 46. - Prudential Jennison Mid Cap Growth A (mutual fund) | | None | K | T | | | | | |
| 47. - RidgeWorth Large Cap Value Equity I (mutual fund) | | | M | T | | | | | |
| 48. - Great-West Lifetime 2035 Fund II (mutual fund) | | None | M | T | | | | | |
| 49. 403(b) #1 | | | | | | | | | |
| 50. - TIAA Traditional (mutual fund) | A | Interest | J | T | | | | | |
| 51. - CREF Stock (mutual fund) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - CREF Growth (mutual fund) | | None | K | T | | | | | |
| 53. - CREF Equity Index (muutal fund) | | None | K | T | | | | | |
| 54. - CREF Global Equities (mutual fund) | | None | K | T | | | | | |
| 55. - T-C Small Cap Blend (mutual fund) | | None | J | T | | | | | |
| 56. - T-C Mid Cap Value (mutual fund) | | None | J | T | | | | | |
| 57. - CREF Bond Fund | | None | J | T | | | | | |
| 58. 403(b) #2 | | | | | | | | | |
| 59. - Blue Chip Growth Fund (mutual fund) | | None | K | T | | | | | |
| 60. - Valic Large Cap Core (mutual fund) | | None | K | T | | | | | |
| 61. - Vanguard Windsor II (mutual fund) | | None | K | T | | | | | |
| 62. - Valic Small Cap Fund (mutual fund) | | None | K | T | | | | | |
| 63. - Valic Emerging Economies Fund (mutual fund) | | None | J | T | | | | | |
| 64. - Valic International Growth Fund (mutual fund) | | None | K | T | | | | | |
| 65. - Valic Wellington Fund (mutual fund) | | None | K | T | | | | | |
| 66. - Valic Strategic Bond Fund (mutual fund) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On Line 31 of Part VII of my initial report I listed PPL Corp., which I owned for a short time during the reporting period (1/1/14 - 3/22-15), but sold it on January 7, 2014. The value on the date of sale was less than $15,000 and I realized a gain between $1000 and $2500. I inadvertently failed to dislcose that this stock was sold. Because I did not own this stock at any time during the current reporting period, it does not appear in Part VII of this report.

In Part VII, in relation to the 401K #1, 403(b) #1, 403 (b) #2, Roth IRA #1 and Roth IRA #2, these retirement and investment funds, with the exception of the fund listed on line 47, do not credit income to the invidual accounts but instead report a "unit value" to participants. For those funds where no income is reported as having been credited to my accounts, Column B(1) is blank and "None" is entered on Column B(2).

In Part VII, in relation to Trust #1, the trust was terminated and the assets were transferred to the beneficiary. There was no gain on the transaction as none of the assets were sold but rather were transferred.

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John T. Johnston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544